```
                    FIFTH DISTRICT COURT-ST GEORGE
                    WASHINGTON COUNTY, STATE OF UTAH

          WASHINGTON COUNTY et al. vs. MCKINSEY & COMPANY INC et al.
CASE NUMBER 210500960 Miscellaneous
_____

CURRENT ASSIGNED JUDGE
        JOHN J WALTON           USDC DIST OF UT CASE 4:22cv00016 DN

PARTIES
        Plaintiff - BEAVER COUNTY
        Represented by: COLIN KING

        Plaintiff - WASHINGTON COUNTY
        Represented by: COLIN KING

        Defendant - MCKINSEY & COMPANY INC

        Defendant - MCKINSEY & COMPANY INC UNITED

        Defendant - MCKINSEY HOLDINGS INC

        Defendant - MCKINSEY & COMPANY INC WASHING


ACCOUNT SUMMARY
                Total Revenue Amount Due:        625.00
                             Amount Paid:        625.00
                           Amount Credit:          0.00
                                 Balance:          0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                     Original Amount Due:        375.00
                      Amended Amount Due:        375.00
                             Amount Paid:        375.00
                           Amount Credit:          0.00
                                 Balance:          0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                     Original Amount Due:        250.00
                      Amended Amount Due:        250.00
                             Amount Paid:        250.00
                           Amount Credit:          0.00
                                 Balance:          0.00


CASE NOTE


PROCEEDINGS
11-22-2021   Filed: Complaint
11-22-2021   Case filed by efiler
11-22-2021   Fee Account created Total Due: 375.00


03-17-2022 10:16 AM                                           Page 1 of 2
```

```
11-22-2021   Fee Account created Total Due: 250.00
11-22-2021   COMPLAINT - NO AMT S Payment Received:  375.00
11-22-2021   JURY DEMAND - CIVIL Payment Received:  250.00
11-22-2021   Judge JOHN J WALTON assigned.
11-22-2021   Filed: Return of Electronic Notification
03-09-2022   Filed: Amended Complaint
03-09-2022   Filed: Return of Electronic Notification
03-16-2022   Filed: Filed Notice of Removal to U.S. Dist. Court, District of
             Utah.
03-16-2022   Filed: Notice of Filing Notice of Removal
03-16-2022   Filed: Return of Electronic Notification
```